| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
|---|---|---|
| OF MARYLAND | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| Petitioner | * | |
| | * | Misc. Docket AG |
| v. | * | |
| | * | No. 1 |
| DALE EDWARD ROWLAND | * | |
| | * | September Term, 2018 |
| Respondent | * | |
| | * | |

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Dale Edward Rowland, to indefinitely suspend the Respondent from the practice of law. The Court having considered the Petition, it is this 28th day of September, 2018

ORDERED, that the Respondent, Dale Edward Rowland, be and he hereby is indefinitely suspended from the practice of law in the State of Maryland, effective sixty (60) days from the date of this Order, for violating Rules 1.1, 1.15(a) & (b), and 19-308.1(b) of the MLRPC/MARPC, in effect at the time of the misconduct, and Maryland Rules 16-606.1 and 19-407, Rules 16-607 and 19-408, and Rules 16-609 and 19-410; and it is further

ORDERED, that a judgment be, and hereby is, entered against the Respondent and in favor of the Attorney Grievance Commission in the amount of $320.00; and it is further

ORDERED, that, sixty (60) days from the date of this Order, the Clerk of the Court shall remove the name Dale Edward Rowland from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Bessie Decker, Clerk
April 20, 2018

/s/ Mary Ellen Barbera
Chief Judge